UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**IN RE THE MATTER OF:**

Renee Spinella
(Petitioner's Name)

Case No.  21-cr-41-03-JL
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, ___Renee Spinella___, respectfully request appointment of counsel to represent me as a criminal defendant.

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/16/21

Renee Spinella, by counsel with permission
Signature of Petitioner

### RULING BY JUDICIAL OFFICER

☑ Request Approved. Appoint Counsel.
☐ Request Denied.
☐ Other:_____

Date: 3/16/21

U.S. Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)