UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:21-cr-00041-JL-03 |
| v. | |
| RENEE SPINELLA | |

**WAIVER OF SPEEDY TRIAL**

I, Renee Spinella, Defendant in the above captioned matter, have discussed with my Attorney, Kirsten B. Wilson, a Motion to Continue my trial date to May 2022. For that purpose, I waive my constitutional and statutory rights to a speedy trial.

Respectfully Submitted,

12/02/2021
Date

Renee Spinella