FILED - USDC -NH
2022 APR 12 AM 8:50

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 21-CR-000-41-JL |
| v. ) | |
| ) | |
| RENEE SPINELLA ) | |
| _____ ) | |

## SUPERSEDING INFORMATION

**The United States Attorney charges:**

### COUNT ONE
(Wire Fraud – 18 U.S.C. § 1343)

Between on or about January 11, 2018, and June 5, 2018, in the District of New Hampshire and elsewhere, the defendant,

**RENEE SPINELLA,**

devised and intended to devise a scheme to defraud Service Credit Union, a financial institution, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises. For the purpose of executing the scheme to defraud, the defendant caused to be transmitted by means of wire communication in interstate commerce, various email communications with respect to a Service Credit Union account ending in 9598.

All in violation of Title 18, United States Code, Section 1343.

Date: April 7, 2022

JOHN J. FARLEY
United States Attorney
District of New Hampshire

By: _____
    for Georgiana L. MacDonald
    Assistant U.S. Attorney