AO 455 (Rev. 01/09) Waiver of an Indictment

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

APR 14 2022

FILED

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br>Renee Spinella<br>*Defendant* | ) ) ) ) ) ) Case No. 21-CR-000-41-JL |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/12/2022

/s/ Renee Spinella
*Defendant's signature*

/s/ Kirsten Wilson
*Signature of defendant's attorney*

Kirsten Wilson
*Printed name of defendant's attorney*

*Judge's signature*

LAPLANTE, J.
*Judge's printed name and title*