UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____

UNITED STATES OF AMERICA ) 1:21-cr-00041-JL-03

v.

RENEE SPINELLA

_____ )

### ASSENTED TO MOTION TO CONTINUE

Renee Spinella, respectfully moves the Court to continue her Sentencing Hearing, currently scheduled for July 26, 2022 by approximately 30 days. As grounds for this motion, it is stated:

The Defendant's Sentencing is scheduled for July 26, 2022 at 2:00 PM, in the United States District Court.

The Defendant is requesting more time to provided Steven Killelea, of US Probation, releases to ensure verification of the Defendant's historical and financial information. The Defendant had difficulty doing so via e-signatures, and within the last three weeks had close friends in two separate motor vehicle collisions, one resulting in death. Ms. Spinella does not wish to leave the impression of preventing verification by US Probation, and wishes this continuance to ensure all appropriate releases are sent to allow this to happen.

Assistant United States Georgiana MacDonald and Probation Officer Steven Killelea, assent to this continuance.

WHEREFORE, Ms. Renee Spinella respectfully moves the Court to continue her Sentencing Hearing, currently scheduled for July 26, 2022 for approximately 30 days.

Respectfully Submitted,

                                                                   */s/Kirsten Wilson*
                                                                   Kirsten Wilson, #12956