UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
                                    )
UNITED STATES OF AMERICA            )     1:21-cr-00041-JL-03
                                    )
v.                                  )
                                    )
RENEE SPINELLA                      )
                                    )
_____)

## ASSENTED TO MOTION TO EXTEND DEADLINE

    Renee Spinella, by and through counsel, Kirsten Wilson, of Kirsten Wilson Law, respectfully moves the Court to extend the time to submit the sentencing memo 2 days, allowing for filing on or before August 17, 2022. As grounds for this motion, it is stated:

    The Defendant's Sentencing is scheduled for August 26, 2022, at 2:00 PM, in the United States District Court. As such, the deadline to file a sentencing memo is August 15, 2022.

    Counsel was out of state due to a family emergency for eight days and upon return had two strict Title IX matters which were unable to be continued due to administrative deadlines within the last two weeks. Given the unforeseen time constraints due to these matters, counsel is requesting an additional 2 days to file the sentencing memo.

    Assistant United States Georgiana MacDonald assents to this continuance.

    WHEREFORE, Ms. Renee Spinella respectfully moves the Court to extend the deadline to file a sentencing memo to August 17, 2022.

                                                   Respectfully Submitted,

                                                 */s/Kirsten Wilson*
                                                 Kirsten Wilson, #12956